United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 30, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-11235
Summary Calendar

GEARY JOHNSON,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

Defendant-Appellee.

Appeal from the United States District Court for
the Northern District of Texas
(USDC No. 2:01-CV-250)

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

We affirm the decision of the district court for the following reasons:

1.     Substantial evidence in the record supports the Commissioner's

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

conclusion that Johnson's condition does not meet a listed impairment, including Listing 1.05(C). *Leggett v. Chater*, 67 F.3d 558, 564 (5th Cir. 1995). Johnson has not shown that his condition satisfies each medical criterion of Listing 1.05(C). *Sullivan v. Zebley*, 493 U.S. 521, 530 (1990).

2. Substantial evidence in the record supports the Commissioner's assessment of Johnson's residual functional capacity. 20 C.F.R. § 404.1545(a)(1) (2005); *Leggett*, 67 F.3d at 564 (5th Cir. 1995). Substantial evidence supports the Commissioner's conclusion that Johnson's subjective complaints regarding the severity of his pain and his need to lie down for several hours a day were not entirely credible. *Carrier v. Sullivan*, 944 F.2d 243, 247-48 (5th Cir. 1991).

AFFIRMED.